413 A.2d 1137

Commonwealth ex rel. Barclay v. Barclay, Appellant.

Argued April 10, 1979. Peter U. Hook, for appellant; James T. Davis, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Order affirmed.

413 A.2d 1138

Georgino, Jr., Appellant, v. Dick Eazor Chevrolet, Inc.

Argued April 10, 1979. Anthony S. Guido, for appellant; R. Edward Ferraro, for appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Order affirmed.